IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01624-EWN-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$803,473.00 IN UNITED STATES CURRENCY,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Pending before the court is Plaintiff's Unopposed Motion to Vacate and Continue Scheduling Conference (filed March 23, 2006; *doc. no. 31*) it is hereby

      **ORDERED** that the instant motion is **GRANTED**. The scheduling conference set for April 5, 2006, is **VACATED** and **RESET** to **May 9, 2006, at 9:15 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit their respective confidential settlement memorandum and a joint proposed scheduling order on or before **May 2, 2006**. It is further

      **ORDERED** that on or before **May 2, 2006**, Parties shall comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a)(1), as amended.

      Parties are further advised that the dispositive motion deadline of **September 5, 2006,** set by Judge Nottingham remains in effect.

**DATED:**    March 24, 2006